| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Reidinger, Martin K. | 2. Court or Organization<br><br>U.S. District Court, Western District of North Carolina | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

7. Chambers or Office Address

United States Courthouse
100 Otis Street, Suite 200
Asheville, NC 28801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank #1 Accounts | A | Interest | M | T | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. Fidelity F Cash | A | Interest | J | T | | | | | |
| 4. Europacific Growth Fund (AEPGX) | A | Dividend | K | T | | | | | |
| 5. First Eagle Global Fund (SGENX) | B | Dividend | K | T | | | | | |
| 6. UTS SPDR Trust (SPY) | A | Dividend | K | T | Sold (part) | 06/05/17 | J | C | |
| 7. SPDR Ser Nuveen Blmbg (SHM) | A | Dividend | J | T | Buy | 06/05/17 | J | | |
| 8. IShares IBonds Muni (IBMF) | A | Dividend | | | Matured | 09/08/17 | J | A | |
| 9. IShares 7-10 Treas (IEF) | A | Dividend | J | T | | | | | |
| 10. IShares Gold Trust Shares (IAU) | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 11. Market Vectors Intermediate (ITM) | A | Dividend | K | T | | | | | |
| 12. Brunswick County NC Bond | A | Interest | K | T | | | | | |
| 13. Brokerage Account #2 | | | | | | | | | |
| 14. Metwest Total Return Bond I (MWTIX) | A | Dividend | | | Sold | 06/21/17 | M | D | |
| 15. Vanguard Windsor II (VWNFX) | A | Dividend | | | Sold | 06/21/17 | N | G | |
| 16. Mainstay Large Cap Growth I (MLAIX) | A | Dividend | | | Sold | 06/21/17 | N | G | |
| 17. American Funds Europacific (RERFX) | A | Dividend | | | Sold | 06/21/17 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Goldman Sachs Small Cap Value | A | Dividend | | | Sold | 06/21/17 | M | E | |
| 19. T Rowe Price New Horizon Fund (PRNHX) | A | Dividend | | | Sold | 06/21/17 | M | G | |
| 20. Galliard Stable Value M | A | Dividend | | | Sold | 06/21/17 | M | E | |
| 21. Dreyfus Ins Deposit | A | Interest | K | T | Open | 06/21/17 | K | | |
| 22. IShares TR Core US Agg (AGG) | A | Dividend | M | T | Buy | 06/21/17 | M | | |
| 23. IShares TR MSCI EAFE (EFA) | A | Dividend | M | T | Buy | 06/21/17 | M | | |
| 24. IShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | N | T | Buy | 06/21/17 | N | | |
| 25. IShares TR Russell 2000 Value ETF (IWN) | A | Dividend | M | T | Buy | 06/21/17 | L | | |
| 26. IShares TR Russell 2000 Growth ETF (IWO) | A | Dividend | M | T | Buy | 06/21/17 | L | | |
| 27. IShares TR 3-7 Yr Treas BD ETF (IEI) | A | Dividend | M | T | Buy | 06/21/17 | M | | |
| 28. Vanguard Spec Div Appr ETF (VIG) | A | Dividend | N | T | Buy | 06/21/17 | N | | |
| 29. Vanguard Intl Eq Index FTSE Emerg Mkts ETF (VWO) | A | Dividend | M | T | Buy | 06/21/17 | M | | |
| 30. Brokerage Account #3 | | | | | | | | | |
| 31. Columbia Marsico Focused Equity (NFEBX) | A | Dividend | J | T | | | | | |
| 32. Brokerage Account #4 | | | | | | | | | |
| 33. Columbia Marsico Focused Equity (NFEBX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martin K. Reidinger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544